UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA G. BURNEY, | : | Case No. 3:12-cv-260 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT MOTION
## FOR VOLUNTARY REMAND (DOC. 8)

This case is before the Court on the parties' Joint Motion for Voluntary Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The parties' Joint Motion states that "[i]n applying the correct rule, Medical Vocational Grid Rule 202.04, Plaintiff would be classified as disabled beginning on April 20, 2009."  Based on the consent of both parties, and for good cause shown, the parties' Joint Motion (Doc. 8) is **GRANTED**. Accordingly, this case is **REMANDED** to the Commissioner and is **CLOSED** on the docket of this Court.

**IT IS SO ORDERED**.


Date:  December 11, 2012                           *s/ Timothy S. Black*
                                                   Timothy S. Black
                                                   United States District Court