# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LINDA G. BURNEY,**            CASE NO.  **3:12-cv-260**

   Plaintiff,                **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

  Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the joint Motion for Voluntary Remand (Doc. 8) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date: December 11, 2012                                **JOHN P. HEHMAN, CLERK**

                                                            By: *s/ M. Rogers*
                                                             Deputy Clerk